NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY WEINER,                        )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-2011
                                       )
JESICA WINGO, f/k/a JESICA SOINSKI     )
AND JESICA WEINER,                     )
                                       )
          Appellee.                    )
_____    )

Opinion filed August 15, 2018.

Appeal from the Circuit Court for Pasco
County; Lauralee G. Westine, Judge.

W. Matthew Kowtko of Kowtko Law Group,
P.A., Sarasota, for Appellant.

Charles D. Hinton, St. Petersburg, for
Appellee.


PER CURIAM.

          Affirmed.


LaROSE, C.J., and SLEET and SALARIO, JJ., Concur.